IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE DUDLEY and BETH DUDLEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> PUTNAM INVESTMENT FUNDS and PUTNAM INVESTMENT MANAGEMENT, LLC, <br><br> Defendants. | CIVIL NO. 06-1014-GPM |

## ORDER

This matter is before the Court on the motion for remand to state court based on procedural defects in removal brought by Plaintiffs Steve Dudley and Beth Dudley (Doc. 7). The motion is **GRANTED**. *See Potter v. Janus Inv. Fund*, 483 F. Supp. 2d 692, 703-09 (S.D. Ill. 2007); *Dudley v. Putnam Inv. Funds*, 472 F. Supp. 2d 1102, 1107-13 (S.D. Ill. 2007). Pursuant to 28 U.S.C. § 1447(c) this action is **REMANDED** to the Circuit Court of the Third Judicial Circuit, Madison County, Illinois, by reason of untimeliness of removal. All further proceedings in this case after remand shall occur in Case No. 03-L-1540.

**IT IS SO ORDERED.**

DATED: 7/16/2007

s/ *G. Patrick Murphy*
G. Patrick Murphy
Chief United States District Judge

**Exhibit E**