# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE and BETH DUDLEY, individually and on behalf of all others similarly situated, | |
| *Plaintiffs,* | (Circuit Court for Madison County, Illinois, Case No. 2003 L 001540) |
| v. | Case No. 3:10-cv-00327-GPM-DGW |
| PUTNAM INVESTMENT FUNDS and PUTNAM INVESTMENT MANAGEMENT, LLC, | |
| *Defendants.* | |

## STIPULATION REGARDING THE COURT'S ORDER DATED MAY 3, 2010

Defendants Putnam Investment Funds and Putnam Investment Management, LLC (collectively, the "Defendants") and Plaintiffs, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Defendants removed this action on April 29, 2010, and Defendants maintain that the removal was undertaken in good faith and was warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, and that it was not interposed for any improper purpose;

WHEREAS, the Court issued an order dated May 3, 2010 (the "Order") (Exhibit A hereto), stating that the March 30, 2010 mandate of the Appellate Court of Illinois, Fifth Judicial District, in *Kircher v. Putnam Funds Trust*, Madison County Circuit Court Case No. 2003 L 001254, did not constitute an "other paper" authorizing removal in this case, and that, pursuant to 28 U.S.C. § 1446(b), Defendants' removal was therefore procedurally defective;

WHEREAS, the Court's Order required the Parties to submit briefing on or before May 10, 2010 regarding, *inter alia*, the stated procedural defect in removal; and

WHEREAS, Defendants, shortly after obtaining the Court's Order, informed Plaintiffs that they are prepared, without requiring either side to incur the expenditure of additional attorneys' fees or costs on the point, to consent to remand;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants as follows:

1. The parties consent to the remand of the above-captioned case to the Circuit Court for Madison County.

2. The parties respectfully request that the Court relieve them of the schedule set forth in the Order for the submission of briefing.

3. The parties will submit to the Court a proposed order concerning this Stipulation.

Dated: May 5, 2010            Respectfully submitted,

|  |  |
|---|---|
| | s/ Charles L. Joley |
| James R. Carroll | Charles L. Joley Bar No. 6188622 |
| Peter Simshauser | DONOVAN, ROSE, NESTER |
| SKADDEN, ARPS, SLATE, |   & JOLEY, P.C. |
|   MEAGHER & FLOM LLP | 8 East Washington Street |
| One Beacon Street | Belleville, Illinois 62220 |
| Boston, Massachusetts 02108 | Tel: (618) 235-2020 |
| Tel: (617) 573-4800 | Fax: (618) 235-9632 |
| Fax: (617) 573-4822 | Email: cjoley@ilmoattorneys.com |
| Email: jcarroll@skadden.com | |
| | |
| Counsel for Defendant Putnam Investment Management, LLC | Counsel for Defendant Putnam Investment Management, LLC |
| | |
| | s/ Rebecca R. Jackson (with consent) |
| John D. Donovan, Jr. | Rebecca R. Jackson Bar No. 3123423 |
| ROPES & GRAY LLP | BRYAN CAVE |
| One International Place | One Metropolitan Square |
| Boston, Massachusetts 02110 | 211 North Broadway |
| Tel: (617) 951-7655 | St. Louis, Missouri 63102 |
| Fax: (617) 951-7050 | Tel: (314) 259-2000 |
| Email: john.donovan@ropesgray.com | Fax: (314) 259-2020 |
| | Email: rrjackson@BryanCave.com |
| Counsel for Defendant Putnam Investment Funds | Counsel for Defendant Putnam Investment Funds |
| | |
| s/ Klint L. Bruno (with consent) | s/ Robert L. King (with consent) |
| Klint L. Bruno | Robert L. King |
| KOREIN TILLERY – Chicago | 505 North 7th Street, Suite 3600 |
| 205 North Michigan Plaza, Suite 1940 | St. Louis, Missouri 63101 |
| Chicago, Illinois 60601 | Tel: (314) 241-4844 |
| Tel: (312) 899-5065 | Fax: (314) 241-3525 |
| Fax: (312) 641-9555 | Email: RKing@koreintillery.com |
| Email: KBruno@koreintillery.com | |
| | Counsel for Plaintiffs |
| Counsel for Plaintiffs | |

3

## CERTIFICATE OF SERVICE

    I hereby certify that on May 5, 2010, I electronically filed the foregoing document, including attachment, with the Clerk of the Court using the CM/ECF System which will send notification of such documents to the following:

Rebecca R. Jackson
BRYAN CAVE
One Metropolitan Square
211 North Broadway
St. Louis, Missouri 63102
Tel:  (314) 259-2000
Email:  rrjackson@BryanCave.com

Robert L. King
505 North 7th Street, Suite 3600
St. Louis, Missouri 63101
Tel:  (314) 241-4844
Email:  RKing@koreintillery.com

Klint L. Bruno
KOREIN TILLERY – Chicago
205 North Michigan Plaza, Suite 1940
Chicago, Illinois 60601
Tel:  (312) 899-5065
Email:  KBruno@koreintillery.com

Charles L. Joley
DONOVAN, ROSE, NESTER
 & JOLEY, P.C.
8 East Washington Street
Belleville, Illinois 62220
Tel: (618) 235-2020
Email:  cjoley@ilmoattorneys.com

Stephen M. Tillery
KOREIN TILLERY – Swansea
10 Executive Woods Court
Swansea, Illinois 62226
Tel:  (314) 241-4844
Email:  STillery@koreintillery.com

    And I hereby certify that on May 5, 2010, I mailed by United States Postal Service, such documents to the following non-registered participants:

John D. Donovan, Jr.
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 951-7655
Email: john.donovan@ropesgray.com

James R. Carroll
Peter Simshauser
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
Tel:  (617) 573-4800
Email: jcarroll@skadden.com

            By:  <u>s/ Charles L. Joley</u>
              Charles L. Joley Bar No. 6188622
              DONOVAN, ROSE, NESTER
               & JOLEY, P.C.
              8 East Washington Street
              Belleville, Illinois 62220
              Tel:  (618) 235-2020
              Email:  cjoley@ilmoattorneys.com

              Counsel for Defendant Putnam Investment Management, LLC