# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**NANCY J. ROSENSTENGEL**
**Clerk of Court**

| | | |
|---|---|---|
| 750 Missouri Avenue | | 301 West Main |
| P. O. Box 249 | | Benton, Illinois 62812 |
| East St. Louis, Illinois 62202 | | (618) 439-7760 |
| (618) 482-9371 | **Reply to: East St. Louis** | |

May 10, 2010

Clerk of the Circuit Court
Madison County
155 N. Min Street
Edwardsville, IL 62025

RE:   Steve Dudley, et al  vs. Putman Investment Funds, et al
      District Court No. 10-327-GPM
      State Court No. 03-L-1540

   Enclosed is a certified copy of the Order of Judge G. Patrick Murphy filed 05/05/10 remanding the above mentioned cause to your Court.

   Please acknowledge receipt of the Order by returning a signed copy of this letter to the undersigned at the office indicated above.

                              Very truly yours,

                              NANCY J. ROSENSTENGEL, Clerk


                              By: s/Debbie DeRousse
                                    Deputy Clerk

Enclosure
Copy to counsel of record


                              Received by _____

                              Date_____

CV-11
(10/09)